UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, | ) | Case No.: C 13-0494 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| | ) | |
| LD PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: February 11, 2013                    _____

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 13-0494 PSG
ORDER OF RECUSAL