1  MORGAN, LEWIS & BOCKIUS LLP
2  CHRISTOPHER J. BANKS (SBN)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105
4  Telephone: 415.442.1000
   Facsimile: 415.442.1001
5  E-mail: cbanks@morganlewis.com

6  KRISTOFOR T. HENNING
7  khenning@morganlewis.com
   *Pro hac vice application forthcoming*
8  SHEVON L. SCARAFILE
   sscarafile@morganlewis.com
9  *Pro hac vice application forthcoming*
   1701 Market Street
10 Philadelphia, PA  19103-2921
   Tel:    215.963.5000
11 Fax:   215.963.5001

12 Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HEWLETT-PACKARD COMPANY, | Case No. 13-00494 – EJD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER REGARDING TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM** |
| LD PRODUCTS, INC., | |
| Defendant. | |

Through this Stipulated Request and [Proposed] Order, Plaintiff, Hewlett-Packard Company ("HP") and Defendant LD Products, Inc. ("LD") stipulate and agree to the following as set forth below, and jointly seek that the Court approve this extension pursuant to Civil L.R. 6-2.

WHEREAS, on February 4, 2013, HP filed a Complaint against LD.

WHEREAS, on February 26, 2013, LD filed an Answer to HP's Complaint and a

counterclaim against HP.

WHEREAS, according to the Federal Rules of Civil Procedure, the deadline for HP to respond to LD's counterclaim is March 19, 2013.

WHEREAS, HP requested and LD agreed to an extension for HP to respond to LD's counterclaim until and including March 22, 2013.

WHEREAS, there have not been any previous time modifications in this case and the extension the parties agreed to does not affect any other deadlines in this matter.

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of a deadline of March 22, 2013 for HP to respond to LD's counterclaim.

Dated: March 11, 2013

MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER J. BANKS
KRISTOFOR T. HENNING


By: _____/s/ Christopher J. Banks_____
CHRISTOPHER J. BANKS
KRISTOFOR T. HENNING
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY


Dated: March 11, 2013

KRONENBERGER ROSENFELD, LLP
KARL S. KRONENBERGER


By _____/s/ Karl S. Kronenberger_____
KARL S. KRONENBERGER
Attorney for Defendant
LD PRODUCTS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 13, 2013

_____
The Honorable Edward J. Davila
United States District Judge