IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br>v.<br><br>LD PRODUCTS INC,<br><br>    Defendant. | CASE NO. 5:13-CV-00494-EJD<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

This matter is scheduled for a Preliminary Pretrial Conference on September 20, 2013. Having reviewed the parties' Joint Preliminary Pretrial Conference Statement, (Dkt. No. 39), the court finds that a conference would not be productive at this time. Accordingly the court CONTINUES the conference to October 18, 2013. The parties shall file their Joint Preliminary Pretrial Conference Statement by no later than October 8, 2013.

**IT IS SO ORDERED.**

Dated: September 17, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge