| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>CHRISTOPHER J. BANKS (SBN 218779)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: cbanks@morganlewis.com<br><br>KRISTOFOR T. HENNING<br>khenning@morganlewis.com<br>*Pro hac vice*<br>SHEVON L. SCARAFILE<br>sscarafile@morganlewis.com<br>*Pro hac vice*<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: 215.963.5000<br>Fax: 215.963.5001<br><br>Attorneys for Hewlett-Packard Company | KRONENBERGER ROSENFELD, LLP<br>KARL S. KRONENBERGER (SBN 226112)<br>JEFFREY M. ROSENFELD (SBN 222187)<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: 415.955.1155<br>Facsimile: 415.955.1158<br>E-mail: karl@KRinternetlaw.com<br>E-mail: jeff@KRinternetlaw.com<br><br>Attorneys for LD Products, Inc. |

IT IS SO ORDERED
Judge Edward J. Davila
10/11/2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br>                Plaintiff,<br>vs.<br><br>LD PRODUCTS, INC.,<br><br>                Defendant. | Case No. 13-00494 – EJD<br><br>**JOINT STIPULATION OF DISMISSAL** |

Hewlett-Packard Company ("HP") and LD Products, Inc. ("LD"), pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate to the dismissal with prejudice of all claims asserted in this matter, with each party to bear its own costs, expenses and attorneys' fees.

The Clerk shall close this file.

| | |
|---|---|
| Dated: October 10, 2013 | MORGAN, LEWIS & BOCKIUS LLP<br>CHRISTOPHER J. BANKS<br>KRISTOFOR T. HENNING<br><br>By: _____/s/ Kristofor T. Henning_____<br>    CHRISTOPHER J. BANKS<br>    KRISTOFOR T. HENNING<br>    Attorneys for Plaintiff<br>    HEWLETT-PACKARD COMPANY |
| Dated: October 10, 2013 | KRONENBERGER ROSENFELD, LLP<br>KARL S. KRONENBERGER<br>JEFF ROSENFELD<br><br>By _____/s/ Karl S. Kronenberger_____<br>    KARL S. KRONENBERGER<br>    JEFF ROSENFELD<br>    Attorneys for Defendant<br>    LD PRODUCTS, INC. |